SAMUEL H. RAY AND NEEDHAM C. BRYAN, PARTNERS DOING BUSINESS UNDER THE FIRM NAME AND STYLE OF RAY & BRYAN, PLAINTIFFS IN ERROR, VS. CLINTON E. SPENCER, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Pasco county.

*Sparkman & Sparkman*, for Plaintiffs in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant and the plaintiffs take writ of error.
Writ of error dismissed because no final judgment is shown by the transcript of record.

---

JOHN G. REARDON, ENOCH W. AGNEW AND JAMES V. BURKE, APPELLANTS, VS. ST. PETERSBURG STATE BANK, APPELLEE.

Appeal from Circuit Court Marion county.

*H. L. Anderson*, for Appellants.

No appearance for Appellee.

The bill in this case was filed by the appellee against the appellants. There was decree for the complainant and the defendants appeal.
Appeal dismissed on præcipe of counsel for appellants.